MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
TAMI D. COWDEN
Nevada Bar No. 08994
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email: ferrariom@gtlaw.com
          hendricksk@gtlaw.com
          cowdent@gtlaw.com

*Attorneys for Defendant*
*Clark County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT GILMAN, | CASE NO. 2:23-cv-00342-GMN-NJK |
| Plaintiff, | |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and DOES I-10, inclusive | |
| Defendants. | |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

It is hereby STIPULATED AND AGREED between Plaintiff, BRETT GILMAN ("Gilman") and Defendant, CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through

/ / /

/ / /

/ / /

/ / /

/ / /

1

their attorneys of record that, in accordance with Fed. R. Civ. P. 41(a)(2) and Rule LR 7-1 of the United States District Court, District of Nevada Local Rules hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice with each party to bear their own fees and costs.

    **IT IS SO STIPULATED.**

DATED this 2nd day of October, 2023.

**MCLETCHIE LAW**

/s/ *Pieter M. O'Leary*
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
PIETER M. O'LEARY
Nevada Bar No. 15297
LEO S. WOLPERT
Nevada Bar No. 12658
MCLETCHIE LAW
602 South Tenth Street
Las Vegas, Nevada 89101

*Counsel for Plaintiff*
*Brett Gilman*

DATED this 2nd day of October, 2023.

**GREENBERG TRAURIG, LLP**

/s/ *Christian T. Spaulding*
MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
TAMI D. COWDEN
Nevada Bar No. 08994
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Defendant Clark County School District*

IT IS SO ORDERED.
IT IS FURTHER ORDERED that the Clerk of Court shall close the case and enter Judgment accordingly.

Dated this __4__ day of October, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

ACTIVE 690087035v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October 2023, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                                                 */s/ Evelyn Escobar-Gaddi*
                                      An employee of GREENBERG TRAURIG, LLP

ACTIVE 690087035v1