AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Brett Gilman

                                  JUDGMENT IN A CIVIL CASE

             Plaintiff,

v.                                  Case Number: 2:23-cv-00342-GMN-NJK

Clark County School District

                Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that this action and all claims and defenses asserted therein be dismissed with prejudice with each party to bear their own fees and costs.

10/04/2023                                                          DEBRA K. KEMPI
Date                                                                Clerk

                                                                      /s/ A. Zamora
                                                                     Deputy Clerk